1055–1057 (1983). The decision of the Court of Appeals in this case is in direct conflict with that holding. I would grant the petition for certiorari in order to resolve the conflict.

No. 83–1056. GENERAL MOTORS CORP. *v.* OKLAHOMA COUNTY BOARD OF EQUALIZATION ET AL. Sup. Ct. Okla. Motions of Oklahoma Industries Authority and Bunte Candies, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 83–1286. DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS *v.* GRAY. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 83–5940. KING *v.* FLORIDA; and
No. 83–6184. WILLIAMS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 83–5940, 436 So. 2d 50; No. 83–6184, 437 So. 2d 133.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–5764. FLEMING *v.* STALLER ET AL., 465 U. S. 1031;
No. 83–6004. DAVIS ET AL. *v.* CENTRAL INTELLIGENCE AGENCY ET AL., 465 U. S. 1035;
No. 83–6021. ROGERS *v.* FARQUAR, 465 U. S. 1015; and
No. 83–6111. IN RE BERS, 465 U. S. 1064. Petitions for rehearing denied.

MARCH 28, 1984

No. A–770. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. *v.* VALTEAU ET AL. Application for stay of the order of the United States District Court for the Eastern District of Louisiana, entered March 21, 1984, pending appeal, presented to JUSTICE WHITE, and by him referred to the Court, denied.